# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT LEWIS,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| v. ] | 2:23-cv-960-ACA |
| ] | |
| **GEORGE TYLER,** ] | |
| ] | |
| **Defendant.** ] | |

## MEMORANDUM OPINION

Plaintiff Robert Lewis filed this action in July 2023. (Doc. 1). The magistrate judge to whom the case was initially assigned reviewed Mr. Lewis's complaint and ordered him to replead it by August 18, 2023. (Doc. 3 at 7). That date has passed without receipt of an amended complaint. Accordingly, the court **WILL DISMISS** this action **WITHOUT PREJUDICE** for Mr. Lewis's failure to prosecute.

**DONE** and **ORDERED** this August 31, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE